| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | CRIMINAL ACTION NO. 4:12cr174 |
| § | |
| PRUDENTIAL ANNUITIES LIFE § | |
| ASSURANCE CORP. § | |
| Garnishee-Defendant § | |
| and § | |
| RICKY LEE PRINCE § | |
| Judgment-Defendant § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On August 27, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Ricky Lee Prince's request for exemption (as set out in his response to Application for Writ of Continuing Garnishment) and his Motion/Request for Hearing (Dkt. #51, #52) be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that Ricky Lee Prince's request for exemption (as set out in his response to Application for Writ of Continuing Garnishmet) and his Motion/Request for Hearing (Dkt. #51, #52) are **DENIED.**

SIGNED at Beaumont, Texas, this 23rd day of September, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE